NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNIQUE PRODUCT SOLUTIONS, LIMITED,**
*Plaintiff-Appellant,*

AND

**UNITED STATES,**
*Intervenor-Appellant,*

v.

**HY-GRADE VALVE, INC.,**
*Defendant-Appellee.*

---

2011-1254, -1284

---

Appeals from the United States District Court for the Northern District of Ohio in case no. 10-CV-1912, Judge Dan Aaron Polster.

---

**ON MOTION**

---

**ORDER**

Intellectual Property Owners Association (IPO) moves for leave to file a brief amicus curiae in support of neither party. Hy-Grade Valve, Inc. and the United States consent

to the filing.  Hy-Grade moves to reform the official caption and to amend the briefing schedule.

Because the brief amicus curiae is filed on consent, no motion is necessary.  The brief is accepted for filing.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion for leave to file brief as amici curiae is moot.  The brief is accepted for filing.

(2)  The motion to reform the official caption is granted and the revised official caption is reflected above.

(3)  The motion to amend the briefing schedule is granted.  The appellants' briefs are due no later than June 27, 2011.  Hy-Grade's brief is due no later than August 8, 2011.  The reply briefs of the appellants are due no later than September 19, 2011.

FOR THE COURT

'JUL 1 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

cc:  Gregory R. Jones, Esq.
Mark J. Skakun, III, Esq.
Douglas N. Letter, Esq.

JUL 0 1 2011

s24

JAN HORBALY
CLERK